UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 16-cv-20269-KMM

VENTURES TRUST 2013-I-H-R BY MCM CAPITAL PARTNERS, LLC ITS TRUSTEE,
    Plaintiff,
vs.

FARFOURA M. RIZK, TRUSTEE OF THE FARFOURA M. RIZK LIVING TRUST DATED AUGUST 1, 2006; FARFOURA M. RIZK; UNKNOWN SPOUSE OF FARFOURA M. RIZK; R.R.FIU., LLC; CITIBANK (SOUTH DAKOTA), N.A.; UNKNOWN TENANT #1, UNKNOWN TENANT #2,
    Defendants.
_____

**ORDER ON PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND MOTION FOR ENLARGEMENT OF TIME TO SERVE**

THIS CAUSE having been considered by the Court and the Court having being fully advised in the premises, it is hereby ORDERED:

1. Plaintiff has shown good cause as to why this case should not be dismissed for failure to perfect service of process within the 90 day time period specified in rule 4(m).
2. Plaintiff's Motion for Enlargement of time to perfect service is hereby GRANTED.
3. Plaintiff is provided additional time to effectuate service on out of country defendants: Farfoura M. Rizk, Farfoura M. Rizk, Trustee of the Farfoura M. Rizk Living Trust Dated August 1, 2006 and Unknown Spouse of Farfoura M. Rizk.
4. Plaintiff is provided 90 additional days to effectuate service on defendants: R.R.FIU., LLC, Unknown Tenant #1 and Unknown Tenant #2.

**DONE AND ORDERED** this _____day of _____, 2016.

                                              _____
                                              Presiding Judge

Copies to all Parties on the attached mailing list:

16-00650-F

DELUCA LAW GROUP, PLLC.
Attorney for the Plaintiff
2101 NE 26th Street
Fort Lauderdale, FL 33305
Telephone (954) 368-1311 | Fax: (954) 200-8649
**DESIGNATED PRIMARY E-MAIL FOR SERVICE
PURSUANT TO FLA. R. JUD. ADMIN 2.516**
service@delucalawgroup.com

## SERVICE LIST

Farfoura M. Rizk, Trustee Of the
Farfoura M. Rizk Living Trust Dated
August 1, 2006,
640 Sabal Palm Road
Miami, FL 33137

R.R.FIU., LLC
c/o Elias Moussa
152 NE 1st Avenue
Miami, FL 33132

Citibank (South Dakota), N.A
701 East 60th Street North
Sioux Falls, SD 57117

Farfoura M. Rizk
640 Sabal Palm Road
Miami, FL 33137

Unknown Spouse of Farfoura M. Rizk
640 Sabal Palm Road
Miami, FL 33137

Unknown Tenant #1
640 Sabal Palm Road
Miami, FL 33137

Unknown Tenant #2
640 Sabal Palm Road
Miami, FL 33137

16-00650-F